# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CAESAR CLAY                                                                                      PLAINTIFF
ADC #121781

v.                                     No. 4:14CV00066 JLH/HDY

ANDY SHOCK                                                                                      DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of February, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE