### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CAESAR CLAY, ADC #121781                                                                  PLAINTIFF

v.                             No. 4:14CV00066 JLH

ANDY SHOCK                                                                       DEFENDANT

### ORDER

Caesar Clay, an inmate at the Arkansas Department of Correction's Randall Williams Correctional Facility, has filed a notice of appeal with the United States Court of Appeals, Eighth Circuit, appealing the dismissal of his complaint (docket entry #6), along with a motion for leave to appeal *in forma pauperis* (docket entry #5). However, because the Court, in its order and judgment dismissing the case (docket entries #3 and #4), certified that any appeal would be frivolous and not in good faith, the motion will be denied.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion for leave to appeal *in forma pauperis* (docket entry #5) is DENIED.

2. Within thirty (30) days of this order's entry date, plaintiff must either:

    (a) pay to this Court the $505.00 appellate filing and docketing fees; or

    (b) file, with the United States Court of Appeals for the Eighth Circuit, a motion with an attached affidavit that complies with each mandate of Federal Rule of Appellate Procedure 24(a)(1).

3. Plaintiff is directed to file any future documents or pleadings related to his appeal with the United States Court of Appeals for the Eighth Circuit.

DATED this 18th day of March, 2014.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE